In the Matter of UTILITIES POWER & LIGHT CORPORATION, a Corporation, Debtor.

ASSOCIATED INVESTING CORPORATION, a Delaware Corporation, v. UTILITIES POWER & LIGHT CORPORATION, a Corporation, Atlas Corporation, a Corporation, U. J. Herrman, Alfred W. Leland, Clara G. Trimble, and Renilde Pauline Berg, Petitioning Creditors, Harley L. Clarke, James L. Houghteling, Irwin T. Gilruth, and Charles A. McDonald, Trustees of Public Utilities Securities Corporation, Edwin J. Beinecke, R. A. Corroon, Leroy A. Van Bomel and Robert E. Wood, Constituting a Committee for the Protection of Debenture Holders, Paul V. Shields, Joseph B. Maxwell and Charlton B. Hibbard, Constituting a Protective Committee for Preferred Stockholders of the Debtor, Grace S. Weigle, a Preferred Stockholder, C. Ray Phillips, O. H. Simonds, and Ralph B. Durrell, Constituting a Committee for the Holders of Class "A" Stock of the Debtor, Michael L. Igoe, United States District Attorney, Securities and Exchange Commission, and Hamilton Pell, Cecil P. Stewart, George N. Armsby and Aaron Colnon, Constituting a Committee for the Common Stockholders of the Debtor.

No. 6281.

Circuit Court of Appeals, Seventh Circuit.

Sept. 11, 1937.

Ross & Watts, of Chicago, Ill., for appellant Associated Investing Corporation.

Brewer & Farrell and Dwight H. Green, all of Chicago, Ill., for debtor Utilities Power & Light Corporation.

Edwin L. Weisl, of New York City, and Brown, Fox & Blumberg, of Chicago, Ill., for Atlas Corporation.

Robert McCormick Adams, Burke Williamson, E. Douglas Schwantes, and Paul S. Davis, all of Chicago, Ill., for Irwin T. Gilruth and Charles A. McDonald, Trustees of Public Utilities Securities Corporation, and James L. Houghteling.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel and present and file a stipulation to dismiss this appeal, which said stipula-

tion is in the words and figures following, to wit: "It is hereby stipulated and agreed by and between the undersigned that the above cause be dismissed without costs." On consideration whereof, it is now here ordered, adjudged, and decreed by this court that this appeal (19 F.Supp. 204) be, and the same is hereby, dismissed, without costs, pursuant to the foregoing stipulation.